Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KATHLEEN MURPHY; and DANIELA VERELA,<br><br>Plaintiffs,<br><br>vs.<br><br>CONTINENTAL TIRE NORTH AMERICA, INC.; FORD MOTOR COMPANY; TRW AUTOMOTIVE; TRW, INC.; TRW VEHICLE SAFETY SYSTEMS, INC.; and DOES 1-20, inclusively,<br><br>Defendants. | CASE NO. CV09-03004 GHK (FMOx)<br><br>**ORDER ON STIPULATED PROTECTIVE ORDER**<br><br>DATE OF REMOVAL: April 29, 2009<br>TRIAL DATE: None |

## **ORDER**

Having read and considered the Stipulated Protective Order signed by the Parties to preserve and maintain the confidentiality of certain confidential, commercially sensitive and proprietary documents to be produced by FORD MOTOR COMPANY ("Ford" or "producing party") in this action,

IT IS HEREBY ORDERED that the Stipulated Protective Order is entered. So Ordered, this 1st day of September, 2010.

/s/
HONORABLE FERNANDO M. OLGUIN

11810509.1

Case No. CV09-03004 GHK (FMOx)
[PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER