Snell & Wilmer
——— L.L.P. ———
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11   KATHLEEN MURPHY; and            CASE NO. CV09-03004 GHK (FMOx)
     DANIELA VERELA,
12                                   **ORDER ON STIPULATED
               Plaintiffs,           PROTECTIVE ORDER**
13
     vs.                             DATE OF REMOVAL:   April 29, 2009
14                                   TRIAL DATE:        None
     CONTINENTAL TIRE NORTH
15   AMERICA, INC.; FORD MOTOR
     COMPANY; TRW
16   AUTOMOTIVE; TRW, INC.;
     TRW VEHICLE SAFETY
17   SYSTEMS, INC.; and DOES 1-20,
     inclusively,
18
               Defendants.
19

20                          **ORDER**

21        Having read and considered the Stipulated Protective Order signed by the

22   Parties to preserve and maintain the confidentiality of certain confidential,

23   commercially sensitive and proprietary documents to be produced by FORD

24   MOTOR COMPANY ("Ford" or "producing party") in this action,

25        IT IS HEREBY ORDERED that the Stipulated Protective Order is entered.

26   So Ordered, this 1st day of September, 2010.

27
                                          /s/
28                          ———————————————————————————
                            HONORABLE FERNANDO M. OLGUIN
     11810509.1                      Case No. CV09-03004 GHK (FMOx)

              [PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER